AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ROBERT P. SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KNIGHT ADJUSTMENT BUREAU,

Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:20-cv-33-TC

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

June 1, 2021

*Date*

BY THE COURT:

*Tena Campbell*

Tena Campbell
United States District Court Judge